UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES HARRELL,

                Petitioner,                17 **CIVIL** 758 (LAP)(SN)

    -against-                    **JUDGMENT**

PAUL CHAPPIUS, JR.,

                Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 25, 2020, and on January 6, 2020, United States Magistrate Judge Sarah Netburn issued a thorough Report and Recommendation recommending that the Court deny Petitioner James Harrell's petition for a writ of habeas corpus under 28 U.S.C. § 2254 in its entirety. The parties were given fourteen days to file objections to the Report and Recommendation; no objections have been filed. When no objections to a Report and Recommendation are timely made, the district court need only satisfy itself that there is no clear error on the face of the record. Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, Magistrate Judge Netburn's Report and Recommendation is adopted in its entirety as the opinion of the Court. Mr. Harrell's habeas corpus petition is therefore DENIED. Finding that Mr. Harrell has not demonstrated a denial of a constitutional right, a certificate of appealability is DENIED.

**Dated:**  New York, New York
          November 30, 2020

                                                      **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                                  **BY:**   _K. Mango_
                                                         **Deputy Clerk**